```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 47043
   OPIO S LATHAM
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-6312


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 12/22/04 and confirmed on 02/28/05.

     2.   The case was dismissed after confirmation, 01/16/2009.

     3.   The Debtor paid a total of $   46986.00 .

     4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG       29788.51         .00       29788.51
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE        1232.80         .00         904.04
CHRYSLER FINANCIAL SERVI  SECURED VEHIC       16414.00     3090.61        8349.12
RUSSETT OAKS              SECURED               350.00         .00         197.36
ROGERS & HOLLAND          SECURED               500.00         .00         359.97
ECAST SETTLEMENT CORPORA  UNSECURED           12950.86         .00            .00
CAPITAL ONE FINANCIAL     UNSECURED             872.91         .00            .00
THE CHICAGO DEPT OF REVE  UNSECURED            1260.00         .00            .00
EMERGE MASTERCARD         UNSECURED            2462.99         .00            .00
HSBC                      UNSECURED           NOT FILED        .00            .00
NATIONWIDE ACCEPTANCE     UNSECURED           NOT FILED        .00            .00
NICOR GAS                 FILED LATE              .00          .00            .00
ECMC                      UNSECURED            9679.33         .00            .00
SPRINT                    UNSECURED           NOT FILED        .00            .00
VILLAGE OF OAK PARK       UNSECURED           NOT FILED        .00            .00
CHRYSLER FINANCIAL SERVI  UNSECURED            7452.35         .00            .00
          Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER          TOTAL

TOTAL CLMS ALLOWED  48285.31         .00     34678.44          .00       82963.75
PRINCIPAL PAID      39599.00         .00          .00          .00       39599.00
INTEREST PAID        3090.61         .00          .00          .00        3090.61
TOTAL PAID          42689.61         .00          .00          .00       42689.61
The Debtor's attorney, TIMOTHY K LIOU              , was allowed $    2700.00
and was paid $    435.60   direct and $   2264.40   through the plan.

The Trustee received $    2031.99 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 47043 OPIO S LATHAM